# Criminal Case Cover Sheet

**FILED:** REDACTED (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☒ **Under Seal**

- City: Manassas
- County: Prince William
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.: 1:20-mj-130
- Search Warrant Case No.:
- **Judge Assigned:**
- **Criminal No.**
- New Defendant:
- **Arraignment Date:**
- R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** William Anderson Burgamy IV
- Alias(es):
- ☐ Juvenile    FBI No.
- **Address:** XXXXXXXXXXXXXXXX, Hanover, MD
- Employment: Self-Employed
- **Birth Date:** XX/XX/1987
- **SSN:** 219-XX-XXXX
- **Sex:** Male
- Race: White
- Nationality: United States
- **Place of Birth:** Baltimore, MD
- Height: 6'00
- Weight: 175
- Hair: BRO
- Eyes: BRO
- Scars/Tattoos: Tattoo R arm
- ☐ **Interpreter** **Language/Dialect:**
- Auto Description:

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:    in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name:
- ☐ Court Appointed
- Counsel Conflicts:
- Address:
- ☐ Retained
- Phone:
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Raj Parekh
- **Phone:** 703-299-3725
- Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Federal Bureau of Investigation - Special Agent Samad D. Shahrani (718-644-5343)

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. Section 841(a) | Distribution of Controlled Substance | One Count | Felony |
| Set 2: | 18 U.S.C. Section 1956 | Money Laundering | One Count | Felony |

**Date:** 4/7/2020   **AUSA Signature:** /s/ Raj Parekh   *may be continued on reverse*