TYPE OF HEARING: R5

CASE NUMBER: 1:20-mj-130

MAGISTRATE JUDGE: Ivan D. Davis

DATE: 4/10/2020

TIME: 11:00 a.m.

EASTERN DISTRICT OF VIRGINIA      TAPE: FTR RECORDER

DEPUTY CLERK: Laura Guerra

UNITED STATES OF AMERICA

VS.

**William Anderson Burgamy IV**

**GOVT. ATTY:** __Raj Parekh

**DEFT'S ATTY:** ___w/o counsel_____

**DUTY AFPD:** ___Lula Hagos_____

**INTERPRETER: _____**

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (x)
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS (  )
COURT TO APPOINT COUNSEL (x)   FPD (x) CJA (  ) Conflict List (  )

BOND:

Gov't seeks detention-GRANTED. Deft remanded.

**NEXT COURT APPEARANCE:    4/13/2020   PH/DH**
**Courtroom 401 via VTC**

**TIME:    2:00 p.m.**

**JUDGE:  MSN**