# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

UNITED STATES

JUDGE: MICHAEL S. NACHMANOFF
CASE NO.: 20mj130
HEARING: PH/DH
DATE: 4/13/20
TIME: 2pm

VS.

William Anderson Burgamy

DEFENDANT(S)

REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: Raj Parekh
COUNSEL FOR DEFENDANT: Elizabeth Mullin
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED
via video conference

( ) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
(X) PRELIMINARY EXAMINATION WAIVED
(X) COURT FINDS PROBABLE CAUSE
( ) GOVT NOT SEEKING DETENTION
(X) U.S. REQUESTS DETENTION (X) GRANTED ( ) DENIED
( ) DEFT PLACED ON PR BOND WITH CONDITIONS
(X) DEFT. (X) REMANDED

( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT FINDS DEFT. IN VIOLATION
( ) DEFT CONTINUED ON PROBATION
( ) DEFT CONTINUED ON BOND

**CONDITIONS OF RELEASE:**
($ ) UNSECURED ($ ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

MINUTES: as to detention
(X) GOVT ADDUCED EVIDENCE & RESTS (X) EXHIBITS: redacted copies 1-33 admitted
( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

Deft argued for bond - Denied

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

**NEXT APPEARANCE:**
_____ AT _____ AM OR PM
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) IDENTITY ( ) OTHER JUDGE _____

(X) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS