## CONSENT TO VIDEO CONFERENCE

I, William Burgamy, as the defendant in the case captioned *United States v. William Burgamy*, 1:20MJ130, after being advised by counsel, Elizabeth Mullin, of my right to be physically present during my preliminary hearing and detention hearing in this case, do hereby consent and request that those hearings be conducted by video teleconference.

Date 4/11/20                                              /s/ WB